1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10   OLSON KUNDIG, INC.,                    CASE NO. C22-0825JLR

11                           Plaintiff,     MINUTE ORDER

12           v.

13   12TH AVENUE IRON, INC.,

14                           Defendant.

15          The following minute order is made by the direction of the court, the Honorable

16   James L. Robart:

17          On February 1, 2023, the court issued a revision to its Local Civil Rules that

18   replaces page count limits for motions and briefs with word count limits.  *See* Local

19   Rules W.D. Wash. LCR 7 (Feb. 1, 2023).  Each motion or brief must "include the

20   certification of the signer as to the number of words, substantially as follows: 'I certify

21   that this memorandum contains ____ words, in compliance with the Local Civil Rules.'"

22   *Id.* LCR 7(e)(6).

1        Holmquist & Gardiner, PLLC's motion to withdraw as counsel for Defendant 12th

2   Avenue Iron, Inc. (MTW (Dkt. # 41)) does not include the certification required by Local

3   Civil Rule 7(e)(6).  Nevertheless, the court will accept the filing.  The court DIRECTS

4   the parties to carefully review the current version of the Local Civil Rules on the court's

5   website at https://www.wawd.uscourts.gov/local-rules-and-orders.  Failure to follow the

6   Local Civil Rules in the future may result in the motion or brief being stricken from the

7   docket.

8        Filed and entered this 2nd day of February, 2023.

9                                          RAVI SUBRAMANIAN
                                           Clerk of Court
10

11                                          s/ Ashleigh Drecktrah
                                           Deputy Clerk

12

13

14

15

16

17

18

19

20

21

22

MINUTE ORDER - 2