UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLSON KUNDIG, INC., <br><br> Plaintiff, <br><br> v. <br><br> 12TH AVENUE IRON, INC., <br><br> Defendant. | CASE NO. C22-0825JLR <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On March 8, 2023, the court dismissed Defendant 12th Avenue Iron, Inc.'s ("12th Avenue Iron") counterclaims with prejudice and directed the Clerk to enter default against 12th Avenue Iron in light of 12th Avenue Iron's failure to timely obtain new counsel. (3/8/23 Order (Dkt. # 50).) Accordingly, the court DIRECTS the Clerk to strike 12th Avenue Iron's original and amended answers (Dkt. ## 12, 34). (*See* 3/8/23 Order at

//

MINUTE ORDER - 1

2-3 (discussing the court's ability to strike a defendant's answer for failure to obtain new counsel).)

Filed and entered this 28th day of April, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2